In the Matter of the Claim of ANNA KUNKEL, Respondent, v. NATIONAL PACKING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.